PROB 12C
(6/16)

Report Date: June 23, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R Penfield   Case Number: 0980 2:04CR00165-WFN-1

Address of Offender: ▊▊▊▊▊▊▊▊ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 7, 2005

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 851 | |
| Original Sentence: | Prison - 240 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: August 12, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 11, 2030 |

## PETITIONING THE COURT

To issue a summons.

On August 12, 2020, a supervision intake was completed, at which time the conditions of Mr. Penfield's release were reviewed with him. Mr. Penfield signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |
| | **Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 31, 2022. |
| | On May 31, 2022, Mr. Penfield submitted to a random urinalysis. The sample tested presumptive positive for methamphetamine. Mr. Penfield denied use and the sample was sent to the contract laboratory for additional testing. |
| | The lab report confirmed a positive presence for methamphetamine. It should also be noted that the sample was identified as being a dilute specimen indicating efforts to avoid detection of drug use. |

Prob12C
**Re: Penfield, Dennis R**
**June 23, 2022**
**Page 2**

2    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming a controlled substance, methamphetamine and marijuana, on or about June 7, 2022.

On June 7, 2022, Mr. Penfield submitted to a random urinalysis. The sample tested presumptive positive for methamphetamine and tetrahydrocannabinol (THC). Mr. Penfield denied use and the sample was sent to the contract laboratory for additional testing.

The lab report confirmed a positive presence for methamphetamine and THC.

3    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by failing to appear for a random urinalysis, on or about June 13, 2022.

Mr. Penfield is enrolled in regular random drug testing with Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is required to report for drug testing that same day. On June 13, 2022, Mr. Penfield failed to appear for a random urinalysis.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/23/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

6/23/2022
Date