PROB 12C
(6/16)

Report Date: October 25, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dennis R. Penfield | Case Number: 0980 2:04CR00165-WFN-1 |
| Address of Offender: ▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 240 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George Jacobs |
| | Date Supervision Commenced: August 12, 2020 |
| Defense Attorney: | Kathryn Lucido |
| | Date Supervision Expires: August 11, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/23/2022.

On August 12, 2020, a supervision intake was completed, at which time the conditions of Mr. Penfield's release were reviewed with him. Mr. Penfield signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |
| | **Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about October 18, 2022. |
| | On October 19, 2022, Dennis Penfield submitted to a random urinalysis at Pioneer Human Services. The sample tested presumptive positive for Fentanyl. Mr. Penfield denied use and the sample was sent to the laboratory for additional testing. |
| | A laboratory report was received and confirmed a positive presence for Fentanyl. |

Prob 12C
Re: Penfield, Dennis R
October 25, 2022
Page 2

Mr. Penfield was contacted about the positive test result. He then admitted to consuming Fentanyl around the early morning hours of October 18, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/25/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/25/2022
Date