PROB 12C  
(6/16)

Report Date: February 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R. Penfield          Case Number: 0980 2:04CR00165-WFN-1

Address of Offender:             Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 851. |
| Original Sentence: | Prison - 240 months; TSR - 120 months |
| Asst. U.S. Attorney: | George Jacobs |
| Defense Attorney: | Kathryn Lucido |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 12, 2020

Date Supervision Expires: August 11, 2030

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/23/2022 and 10/25/2022.

On August 12, 2020, a supervision intake was completed, at which time the conditions of Mr. Penfield's release were reviewed with him. Mr. Penfield signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about January 22, 2023.<br><br>On January 24, 2023, Dennis Penfield submitted to a random urinalysis at Pioneer Human Services. The sample tested presumptive positive for cocaine. Mr. Penfield admitted to using 2 days prior. The sample was sent to the lab for additional testing. |

Prob12C
Re: Penfield, Dennis R
February 8, 2023
Page 2

A laboratory report was received and confirmed a positive presence for cocaine. In addition, the sample was noted to be a dilute specimen.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/08/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/8/2023
Date