PROB 12C  
(6/16)

Report Date: March 6, 2023

# United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

## Mar 06, 2023

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R. Penfield                    Case Number: 0980 2:04CR00165-WFN-1

Address of Offender: ▇▇▇▇▇▇ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and 851. |
| Original Sentence: | Prison - 240 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George Jacobs |
| | Date Supervision Commenced: August 12, 2020 |
| Defense Attorney: | Kathryn Lucido |
| | Date Supervision Expires: August 11, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/23/2022, 10/25/2022 and 2/8/2023.

On August 12, 2020, a supervision intake was completed, at which time the conditions of Mr. Penfield's release were reviewed with him. Mr. Penfield signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

6    **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by possessing drug paraphernalia, on or about March 1, 2023.

On March 1, 2023, the undersigned officer conducted a home visit. Upon arrival, the undersigned was advised by a family member that Mr. Penfield was in the basement. Mr. Penfield was then observed coming upstairs from the basement area. He ultimately provided

Prob12C
Re: Penfield, Dennis R
March 6, 2023
Page 2

access to the basement area for the undersigned to observe. It appeared Mr. Penfield was nervous and positioning his body in a way to block the undersigned officer's view.

The undersigned observed a glass bottle with a glass pipe attached. The bottle had a clear liquid in it. It was located on a coffee-type table which sat next to the couch. Mr. Penfield denied ownership of it, but acknowledged knowing it was there.

7   **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by associating with a known felon who is also an active user of illicit substances, on or about March 1, 2023.

On March 1, 2023, the undersigned officer conducted a home visit. Upon arrival, the undersigned was advised by a family member that Mr. Penfield was in the basement. While walking through the kitchen, there was a female who would only identify herself with her first name and denied having identification on her. Ultimately she provided her full name and date of birth. She admitted to currently being under supervision with the Washington State Department of Corrections (WADOC), as well as past periods of supervision with WADOC.

On March 2, 2023, during an office meeting with Mr. Penfield to follow up on this matter, he admitted to knowing the female is an active user of illicit subtances. He indicated he had been dating her for approximately 3-4 months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/06/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Penfield, Dennis R**
**March 6, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_3/6/2023_____
Date