PROB 12C
(6/16)

Report Date: May 6, 2024

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dennis R. Penfield | Case Number: 0980 2:04CR00165-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 851. |
| Original Sentence: | Prison - 240 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Fruchter |
| | Date Supervision Commenced: August 12, 2020 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: August 11, 2030 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/23/2022, 10/25/2022, 2/8/2023, 3/6/2023 and 3/13/2023.

On August 12, 2020, a supervision intake was completed, at which time the conditions of Mr. Penfield's release were reviewed with him.  Mr. Penfield signed a copy of his judgment, acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4c imposed on March 14, 2023**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming controlled substances, methamphetamine, amphetamine and cocaine, on or about March 26, 2024. |

Prob12C
**Re: Penfield, Dennis R**
**May 6, 2024**
**Page 2**

On March 26, 2024, a sweat patch was applied on Mr. Penfield and removed on April 4, 2024. On April 22, 2024, a lab report was received and confirmed a positive presence for methamphetamine, amphetamine and cocaine.

| | |
|---|---|
| 10 | **Special Condition # 4c imposed on March 14, 2023**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by failing to submit to a urinalysis, on or about April 19, 2024.

Mr. Penfield is enrolled in random drug testing with Pioneer Human Services (PHS). On April 19, 2024, he appeared at PHS for a urinalysis but was unable to provide a sample.

| | |
|---|---|
| 11 | **Special Condition # 4c imposed on March 14, 2023**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about April 19, 2024.

On April 22, 2024, Mr. Penfield reported to the probation office for the purposes of a urinalysis as a result of a stalled urinalysis on April 19, 2024.

Mr. Penfield indicated he consumed methamphetamine on April 19, 2024, and signed a drug use admission form.

| | |
|---|---|
| 12 | **Special Condition # 4c imposed on March 14, 2023**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more that 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Dennis Penfield violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about April 22, 2024.

On April 24, 2024, Mr. Penfield reported to the probation office. He submitted to a urinalysis that tested presumptive positive for cocaine. He ultimately admitted to use and signed a drug use admission form indicating he consumed cocaine on April 22, 2024.

Prob12C
**Re: Penfield, Dennis R**
**May 6, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/06/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

5/6/2024

Date