PROB 12C  
(6/16)

Report Date: November 27, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dennis R. Penfield | Case Number: 0980 2:04CR00165-MKD-1 |
| Address of Offender: ▉▉▉▉▉▉▉ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession With Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); Possession With Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 240 months  TSR - 120 months   Type of Supervision: Supervised Release |
| Revocation Sentence: (May 28, 2024) | Prison - 90 days  TSR - 60 months |
| Asst. U.S. Attorney: | Timothy John Ohms   Date Supervision Commenced: August 6, 2024 |
| Defense Attorney: | Nicolas V. Vieth   Date Supervision Expires: August 5, 2029 |

## PETITIONING THE COURT

To issue a warrant

On August 8, 2024, a United States probation officer reviewed the conditions of supervised release with Mr. Penfield. He signed the judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Penfield violated the above-stated condition on or about November 24, 2024, by consuming an illegal controlled substance, fentanyl, as evidenced by a signed admission form. |

Prob12C
Re: Penfield, Dennis R.
November 27, 2024
Page 2

On November 25, 2024, Mr. Penfield submitted to a random urinalysis (UA) conducted by Pioneer Human Services (PHS). The urine sample tested presumptive positive for fentanyl. Mr. Penfield subsequently admitted to use on or about November 24, 2024, and signed a form attesting to such. This admission was made before PHS staff who also signed as witness on the form.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 27, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

December 3, 2024

Date