PROB 12C
(6/16)

Report Date: March 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R. Penfield     Case Number: 0980 2:04CR00165-RLP-1

Address of Offender: ▓▓▓▓▓▓▓ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 240 months; TSR - 120 months |
| Revocation Sentence: (May 28, 2024) | Prison - 90 days TSR - 60 Months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Carter Powers Beggs |

Type of Supervision: Supervised Release

Date Supervision Commenced: August 6, 2024

Date Supervision Expires: August 5, 2029

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation contained in this petition in future proceedings with the violation previously reported to the court on 11/27/2024.

On August 8, 2024, a U.S. probation officer reviewed the conditions of supervised release with Mr. Penfield. He signed the judgment acknowledging his understanding and receipt of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #5** : You must abstain form the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continues abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Penfield violated the above condition on or about March 5, 2025, by consuming an illegal controlled substance, fentanyl, as evidenced by a lab-confirmed urinalysis (UA) drug test. |

Prob12C
**Re: Penfield, Dennis R**
**March 11, 2025**
Page 2

On February 25, 2025, Mr. Penfield submitted to random UA testing at Pioneer Human Services, a testing and treatment vendor of the U.S. Probation Office. Mr. Penfield's UA resulted in a presumptive-positive for fentanyl. The UA was sent to the national testing lab (NTL) for confirmation testing. Mr. Penfield signed a denial of use form.

On March 4, 2025, the NTL returned results showing negative for fentanyl in Mr. Penfield's UA. However, the results did note the UA was diluted.

On March 5, 2025, Mr. Penfield reported to the U.S. Probation office in Spokane to submit to a follow-up UA. This UA resulted again in a presumptive-positive for fentanyl and was sent to the NTL for confirmation testing. Mr. Penfield again signed a denial of use form.

On March 10, 2025, the NTL returned results confirming the positive results for fentanyl in Mr. Penfield's UA. These results were noted as being normal as opposed to the previous dilute UA.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/11/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/11/2025
Date