PROB 12C
(6/16)

Report Date: March 14, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R. Penfield             Case Number: 0980 2:04CR00165-RLP-1

Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); <br> Possession With Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); <br> Possession With Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 240 months; <br> TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (May 28, 2024) | Prison - 90 days; <br> TSR - 60 months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | August 6, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | August 5, 2029 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/27/2024, and 03/11/2025.

On August 8, 2024, a U.S. probation officer reviewed the conditions of supervised release with Mr. Penfield. He signed the judgment acknowledging his understanding and receipt of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

Prob12C
Re: Penfield, Dennis R.
March 14, 2025
Page 2

**Supporting Evidence**: It is alleged that Mr. Penfield violated the above condition on or about March 13, 2025, by being terminated from outpatient substance abuse treatment services with Pioneer Human Services (PHS).

On December 13, 2024, Mr. Penfield entered into a "Last Chance Agreement" with PHS. Part of this agreement was that if Mr. Penfield were to submit a lab-confirmed positive urinalysis, he would be terminated from treatment services.

On March 10, 2025, a lab-confirmed positive urinalysis result was returned by the lab. These results were in turn reported to treatment staff at PHS, resulting in Mr. Penfield's termination from treatment at PHS. Such termination was confirmed with PHS staff on March 13, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 14, 2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

March 14, 2025
Date