PROB 12C
(6/16)

Report Date: March 24, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R. Penfield         Case Number: 0980 2:04CR00165-RLP-1

Address of Offender:  ▉▉▉▉▉▉▉▉  Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamaphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 240 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 28, 2024) | Prison - 90 days<br>TSR - 60 Months | | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | August 6, 2024 |
| Defense Attorney: | Carter Powers Beggs | Date Supervision Expires: | August 5, 2029 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/27/2024, 03/11/2025 and 03/14/2025.

On August 8, 2024, a U.S. probation officer reviewed the conditions of supervised release with Mr. Penfield. He signed the judgment acknowledging his understanding and receipt of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but nor more than 6 tests per month, in order to confirm continues abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Penfield allegedly violated the above-stated condition on or about March 18, 2025, by consuming an illegal controlled substance, fentanyl, as evidenced by a lab-confirmed positive urinalysis (UA) test. |

Prob12C
Re: Penfield, Dennis R
March 24, 2025
Page 2

On March 18, 2025, Mr. Penfield submitted to a random UA conducted by Pioneer Human Services. The urine sample tested presumptive positive for fentanyl. Mr. Penfield denied such use and signed a denial of use form. The urine sample was sent to the national testing lab (NTL) for confirmation testing.

On March 22, 2025, the NTL returned results showing that the UA was confirmed positive for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/24/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/24/2025
Date