PROB 12C  
(6/16)

Report Date: September 30, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2025

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dennis R. Penfield | Case Number: 0980 2:04CR00165-RLP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 240 months<br>TSR - 120 months    Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 28, 2024) | Prison - 90 days<br>TSR - 60 months |
| Revocation Sentence:<br>(April 14, 2025) | Prison - 6 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Earl A. Hicks    Date Supervision Commenced: September 17, 2025 |
| Defense Attorney: | Carter Powers Beggs    Date Supervision Expires: September 17, 20230 |

### PETITIONING THE COURT

To issue a summons

On September 29, 2025, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Penfield as outlined in the judgment and sentence. Mr. Penfield acknowledged and understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Penfield allegedly violated the above-stated condition of supervision by using illicit controlled substances, specifically fentanyl and buprenorphine, on or about September 17, 2025. |

Prob12C
**Re: Penfield, Dennis R**
**September 30, 2025**
**Page 2**

On September 17, 2025, Mr. Penfield provided a random urine sample upon intake with the residential reentry center (RRC) that tested presumptive positive for fentanyl and buprenorphine. Mr. Penfield denied having a prescription for the aforementioned medication.

On September 18, 2025, Mr. Penfield eventually admitted to RRC staff that he had used the controlled substances.

On September 23, 2025, Redwood Toxicology Laboratory confirmed Mr. Penfield's urine sample tested positive for fentanyl and buprenorphine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/30/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

October 1, 2025
Date