PROB 12C
(6/16)

Report Date: October 3, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dennis R. Penfield        Case Number: 0980 2:04CR00165-RLP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: June 7, 2005

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 851; Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 851; Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 851 | |
| Original Sentence: | Prison - 240 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (May 28, 2024) | Prison - 90 days; TSR - 60 months | |
| Revocation Sentence: (April 14, 2025) | Prison - 6 months; TSR - 60 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: September 17, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: September 16, 2030 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/30/2025.

On September 29, 2025, Mr. Dennis Penfield signed his conditions relative to case number 2:04CR00165-RLP-1, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and |

Prob12C
Re: Penfield, Dennis R.
October 3, 2025
Page 2

requirements of the facility.

**Supporting Evidence**: Mr. Penfield is alleged to have violated special condition number 2, by being unsuccessfully terminated from the Spokane RRC on October 3, 2025, due to threatened acts of violence made while speaking with facility staff.

Specifically, on October 3, 2025, a Spokane RRC facility staff member met with Mr. Penfield at the facility. During dialogue, the staff member indicated that Mr. Penfield began to express his dissatisfaction in working with the U.S. Probation Office, describing what he felt was unfair treatment, and imposed limitations on his movement. The staff member noted that the statements made were often inconsistent, wavering between thoughts on wanting to access mental health services, and describing how he does not deserve to be placed at the Spokane RRC. The subject further indicated that with all of the "hoops" that he needed to jump through for probation, as the "probation officers cannot deal with his attitude," that it was starting to "piss him off." The subject elaborated that when he gets that way he "wants to kill someone" and that staff did not want him to reach that point because then "people would be killed."

The staff member described the subject as speaking quickly to the degree that he was slurring and tripping over his words, and as maintaining strong eye contact with the staff member when he was making the statements related to harming others. The staff member further expressed concern for both the subject's state of mental health and the safety of facility staff. As a result of the statements made, Spokane RRC facility staff contacted the U.S. Probation Office to advise that the subject was being unsuccessfully discharged from the facility effective on the day in question.

Given the subject's statements made, in conjunction with the subject's unsuccessful discharge from the Spokane RRC, a warrant is now sought.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 3, 2025

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C

**Re: Penfield, Dennis R.**
**October 3, 2025**
**Page 3**

THE COURT ORDERS

- [ ]  No Action
- [X]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

10/3/2025
Date